IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>  v.<br><br>TRI-WEST INVESTMENT CLUB, ALYN RICHARD WAAGE, AND HAARLEM UNIVERSAL CORPORATION<br><br>        Defendants. | No. C 01-03386 WHA<br><br>**ORDER DISSOLVING ASSET FREEZE AND DIRECTING PAYMENT OF FUNDS TO THE UNITED STATES AND TO AS PRIVATBANK AND VACATING HEARING** |

      Defendant Alyn Richard Waage, acting individually and doing business as defendant Tri-West Investment Club, together with defendant Haarlem Universal Corporation fraudulently raised over $58 million by offering securities in a fictitious venture. On October 4, 2001, a preliminary injunction (Dkt. No. 23) froze defendants' assets, stating in relevant part:

> IT IS ORDERED that any financial or brokerage institution or other person or entity located within the territorial jurisdiction of the United States court and holding any funds or other assets in the name, for the benefit, or under the control of Tri-West, Waage and Haarlem and which receives actual notice of this Order by personal service or otherwise, shall hold and retain within its control and prohibit the withdrawal, removal, transfer or other disposal of any such funds or other assets pending final resolution of this matter, except as otherwise ordered by this Court.

      In 2002, judgment was entered against all defendants. Defendants Waage and Haarlem were ordered to pay $58 million in disgorgement and $3.9 million in prejudgment interest. Defendant Waage was also ordered to pay a civil penalty of $110,000.

Defendants maintained two Deutsche Bank accounts that have been frozen pursuant to the preliminary injunction since 2001. These accounts hold funds totaling $170,517.45 (Durham Decl. ¶ 5). The SEC now submits documentation demonstrating that $119,640.51 of this amount is traceable to the fraud in this action, while the remaining $50,876.94 is not (*id.* ¶¶ 6–9). The SEC moves to modify the October 2001 preliminary injunction order to dissolve the freeze of these Deutsche Bank accounts and to order payment of the funds held therein to the United States Treasury in the amount of $119,640.51, and to AS PrivatBank — the Latvian bank which is the funds' traceable source — in the amount of $50,876.94. The motion is unopposed.

Good cause shown, the SEC's motion is Granted. The October 2001 preliminary injunction order is hereby modified to allow the funds currently held at Deutsche Bank AG in the two accounts relating to defendants' fraud to be paid in the amount of $119,640.51 to the United States Treasury in accordance with wire instructions to be provided by the SEC, and the remaining $50,876.94 to be returned to AS PrivatBank. The hearing noticed for May 20, 2010, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: May 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE